In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-080-CV


 _____________________



JASON JOHNSON, Appellant



V.



ALVIN B. GOLDMAN, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 108240 






MEMORANDUM OPINION


 Jason Johnson filed notice of appeal but failed to file a brief. On November 21, 2008,
we notified the parties that the brief had not been filed and warned that failure to file a brief
could result in a dismissal of the appeal for want of prosecution. On January 22, 2009, we
notified the parties that the appeal would be submitted to the Court without oral argument.
See Tex. R. App. P. 39.8. In the absence of a brief assigning error, we dismiss the appeal for
want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

 APPEAL DISMISSED.

 ____________________________

 
 DAVID GAULTNEY

 Justice


Submitted on February 12, 2009

Opinion Delivered February 26, 2009


Before McKeithen, C.J., Gaultney and Horton, JJ.